# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re: NORWALK ECONOMIC OPPORTUNITY NOW, I | § | Case No. 14-50905-JAM |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    RONALD I. CHORCHES, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $18,230.32       Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $392,484.12      Claims Discharged Without Payment: N/A

Total Expenses of Administration: $131,989.50

---

    3) Total gross receipts of $ 524,473.62 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $524,473.62 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $35,187.80 | $110,190.89 | $43,108.43 | $43,108.43 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 131,989.50 | 131,989.50 | 131,989.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 133,653.79 | 2,100,201.33 | 1,616,699.97 | 349,375.69 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 3,872,374.13 | 4,141,419.78 | 3,684,294.42 | 0.00 |
| **TOTAL DISBURSEMENTS** | $4,041,215.72 | $6,483,801.50 | $5,476,092.32 | $524,473.62 |

4) This case was originally filed under Chapter 7 on June 10, 2014. The case was pending for 89 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/13/2021         By: /s/RONALD I. CHORCHES
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 98 So Main St, Norwalk - Office Building | 1110-000 | 54,815.56 |
| 24 Haviland Street Norwalk | 1110-000 | 217,600.84 |
| Land - 67 Henry Street Stamford | 1110-000 | 214,282.14 |
| Operating - Bank of America | 1129-000 | 128.99 |
| Refunds | 1290-000 | 19,132.12 |
| Rent for 667 Henry Street, Stamford, CT | 1222-000 | 10,000.00 |
| Settlement with CL&P and Yankee Gas | 1249-000 | 7,017.00 |
| Proceeds from Closing of Citibank Acct ...4072 | 1229-000 | 1,496.97 |
| **TOTAL GROSS RECEIPTS** | | **$524,473.62** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 36 | Bank Of America, N.A. | 4110-000 | 35,187.80 | 36,570.46 | 0.00 | 0.00 |
| 48S | CT Department of Labor | 4220-000 | N/A | 30,512.00 | 0.00 | 0.00 |
| SECURED | BANK OF AMERICA. N.A. | 4110-000 | N/A | 43,108.43 | 43,108.43 | 43,108.43 |
| **TOTAL SECURED CLAIMS** | | | **$35,187.80** | **$110,190.89** | **$43,108.43** | **$43,108.43** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - RONALD I. CHORCHES | 2100-000 | N/A | 29,473.68 | 29,473.68 | 29,473.68 |
| Trustee Expenses - RONALD I. CHORCHES | 2200-000 | N/A | 5,022.44 | 5,022.44 | 5,022.44 |
| Other - South Norwalk Electric and Water | 2420-000 | N/A | 1,233.39 | 1,233.39 | 1,233.39 |
| Other - ANTHONY PARENTI and BERKSHIRE HATHAWAY | 3510-000 | N/A | 11,000.00 | 11,000.00 | 11,000.00 |
| Other - LAW OFFICES OF JEFFREY HELLMAN, LLC | 3210-000 | N/A | 10,672.33 | 10,672.33 | 10,672.33 |
| Other - LAW OFFICES OF JEFFREY HELLMAN, LLC | 3220-000 | N/A | 1,753.14 | 1,753.14 | 1,753.14 |
| Other - Blum Shapiro & Company, P.C. | 3410-000 | N/A | 4,127.50 | 4,127.50 | 4,127.50 |
| Other - SOUTH NORWALK COMMUNITY CENTER, INC | 2420-000 | N/A | 29,815.56 | 29,815.56 | 29,815.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.52 | 14.52 | 14.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.13 | 29.13 | 29.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.21 | 28.21 | 28.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.54 | 24.54 | 24.54 |
| Other - RONALD I. CHORCHES, TRUSTEE | 2300-000 | N/A | 15.23 | 15.23 | 15.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.84 | 30.84 | 30.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.16 | 27.16 | 27.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.86 | 35.86 | 35.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.22 | 44.22 | 44.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.39 | 41.39 | 41.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.95 | 39.95 | 39.95 |
| Other - North Walke Housing Corporation | 2820-000 | N/A | 15,873.11 | 15,873.11 | 15,873.11 |
| Other - North Walke Housing Corporation | 2820-000 | N/A | 1,100.00 | 1,100.00 | 1,100.00 |
| Other - North Walke Housing Corporation | 2420-000 | N/A | 790.75 | 790.75 | 790.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 120.67 | 120.67 | 120.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 338.90 | 338.90 | 338.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 264.30 | 264.30 | 264.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 218.88 | 218.88 | 218.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 204.87 | 204.87 | 204.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 197.75 | 197.75 | 197.75 |
| Other - RONALD I. CHORCHES, TRUSTEE | 2300-000 | N/A | 57.09 | 57.09 | 57.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 224.69 | 224.69 | 224.69 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 196.73 | 196.73 | 196.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 196.59 | 196.59 | 196.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 223.43 | 223.43 | 223.43 |
| Other - Dash Properties Ground LLC | 2500-000 | N/A | 53.00 | 53.00 | 53.00 |
| Other - Dash Properties Ground LLC | 2820-000 | N/A | 749.00 | 749.00 | 749.00 |
| Other - Dash Properties Ground LLC | 2820-000 | N/A | 1,605.00 | 1,605.00 | 1,605.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 378.36 | 378.36 | 378.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 489.28 | 489.28 | 489.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 559.08 | 559.08 | 559.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 497.55 | 497.55 | 497.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 565.40 | 565.40 | 565.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 513.19 | 513.19 | 513.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 495.37 | 495.37 | 495.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 545.90 | 545.90 | 545.90 |
| Other - RONALD I. CHORCHES, TRUSTEE | 2300-000 | N/A | 131.26 | 131.26 | 131.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 510.87 | 510.87 | 510.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 545.43 | 545.43 | 545.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 476.61 | 476.61 | 476.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 526.96 | 526.96 | 526.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 475.26 | 475.26 | 475.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 559.37 | 559.37 | 559.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 507.72 | 507.72 | 507.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 550.53 | 550.53 | 550.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 637.64 | 637.64 | 637.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 544.01 | 544.01 | 544.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 596.83 | 596.83 | 596.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 558.67 | 558.67 | 558.67 |
| Other - RONALD I. CHORCHES, TRUSTEE | 2300-000 | N/A | 117.71 | 117.71 | 117.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 539.14 | 539.14 | 539.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 612.62 | 612.62 | 612.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 518.97 | 518.97 | 518.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 555.30 | 555.30 | 555.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 536.01 | 536.01 | 536.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 609.15 | 609.15 | 609.15 |

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 534.42 | 534.42 | 534.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 588.88 | 588.88 | 588.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 569.61 | 569.61 | 569.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 293.55 | 293.55 | 293.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $131,989.50 | $131,989.50 | $131,989.50 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UNITED STATES TREASURY | 5300-000 | N/A | N/A | 773.45 | 773.45 |
| | UNITED STATES TREASURY | 5300-000 | N/A | N/A | 180.89 | 180.89 |
| | UNITED STATES TREASURY | 5300-000 | N/A | N/A | 1,871.25 | 1,871.25 |
| | COMMISSIONER OF REVENUE SERVICES | 5300-000 | N/A | N/A | 748.50 | 748.50 |
| | UNITED STATES TREASURY | 5800-000 | N/A | N/A | 42.00 | 0.00 |
| | UNITED STATES TREASURY | 5800-000 | N/A | N/A | 180.89 | 0.00 |
| | ADMINISTRATOR UNEMPLOYMENT COMPENSATION | 5800-000 | N/A | N/A | 449.10 | 0.00 |
| | UNITED STATES TREASURY | 5800-000 | N/A | N/A | 773.45 | 0.00 |
| 1 | Cigna Health and Life insurance Company | 5400-000 | N/A | 302,936.82 | 302,936.82 | 186,167.56 |
| 3 | State of Connecticut | 5800-000 | N/A | 799,229.02 | 799,229.02 | 0.00 |
| 8P | Internal Revenue Service | 5800-000 | N/A | 221,230.80 | 0.00 | 0.00 |
| 8P-2 | Internal Revenue Service | 5800-000 | 110,890.07 | 322,868.27 | 322,868.27 | 0.00 |
| 39P | State of Connecticut | 5300-000 | N/A | 387,436.84 | 150,733.13 | 150,733.13 |
| 40 -2 | Chiquita Stephenson | 5300-000 | N/A | 12,475.00 | 8,900.91 | 8,900.91 |
| 45 | William Tomlin | 5300-000 | N/A | N/A | 0.00 | 0.00 |
| 49P | State of Connecticut | 5800-000 | N/A | 27,012.29 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Claim No. | Claimant | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| 49P-2 | State of Connecticut | 5800-000 | 14,212.36 | 27,012.29 | 27,012.29 | 0.00 |
| NOTFILED | City of Norwalk | 5800-000 | 8,551.36 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$133,653.79** | **$2,100,201.33** | **$1,616,699.97** | **$349,375.69** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | GE Capital Corporation | 7100-000 | 25,507.77 | 154,131.79 | 0.00 | 0.00 |
| 2 -2 | GE Capital Corporation | 7100-000 | N/A | 144,878.85 | 144,878.85 | 0.00 |
| 4 | E-Z Way Products | 7100-000 | 18,201.00 | 16,773.60 | 16,773.60 | 0.00 |
| 5 | Hope & Hernandez, P.C. | 7100-000 | 12,806.52 | 25,606.52 | 25,606.52 | 0.00 |
| 6 | REO Appliances, Inc | 7100-000 | 2,119.75 | 2,119.75 | 2,119.75 | 0.00 |
| 7 | Jacqueline Williams | 7100-000 | N/A | 85,000.00 | 94,771.30 | 0.00 |
| 8U | Internal Revenue Service | 7100-000 | N/A | 33,612.27 | 0.00 | 0.00 |
| 8U-2 | Internal Revenue Service | 7300-000 | N/A | 79,274.63 | 79,274.63 | 0.00 |
| 9 | Shop Rite of Waterbury, LLC | 7100-000 | 15,048.79 | 15,048.79 | 15,048.79 | 0.00 |
| 10 | 24 Monroe Street, LLC | 7100-000 | 6,600.00 | 15,400.00 | 15,400.00 | 0.00 |
| 11 | Plak Smacker, Inc. | 7100-000 | 264.37 | 264.37 | 264.37 | 0.00 |
| 12 | Fire Protection Alarms | 7100-000 | 7,680.71 | 630.06 | 630.06 | 0.00 |
| 13 | Fire Protection Extinguishers, LLC | 7100-000 | N/A | 1,112.45 | 1,112.45 | 0.00 |
| 14 | Fire Protection Testing, Inc | 7100-000 | N/A | 6,337.30 | 6,337.30 | 0.00 |
| 15 | Thurston Food | 7100-000 | N/A | 170,000.00 | 170,000.00 | 0.00 |
| 16 | CIT Technology Financing Services, LLC | 7100-000 | 273,514.71 | 290,614.47 | 290,614.47 | 0.00 |
| 17 | ABC | 7100-000 | N/A | 6,990.00 | 6,990.00 | 0.00 |
| 18 | Envision Stream | 7100-000 | 9,181.60 | 9,331.30 | 9,331.30 | 0.00 |
| 19 | Yankee Gas | 7100-000 | 2,898.51 | 12,781.77 | 0.00 | 0.00 |
| 19 -2 | Yankee Gas | 7100-000 | 389.84 | 12,781.77 | 12,781.77 | 0.00 |
| 20 | Connecticut Light & Power | 7100-000 | 32,176.28 | 40,647.79 | 40,647.79 | 0.00 |
| 21 | Ricoh Production Print Solutions LLC | 7100-000 | 487.16 | 487.16 | 487.16 | 0.00 |
| 22 | US Bank, NA | 7100-000 | 82,149.23 | 69,399.20 | 69,399.20 | 0.00 |
| 23 | GE Capital Information Technology Solutions, Inc. | 7100-000 | N/A | 41,749.79 | 41,749.79 | 0.00 |
| 24 | U.S. Coffee | 7100-000 | 294.55 | 294.55 | 294.55 | 0.00 |
| 25 | ADP Screening & Selection Services | 7100-000 | 189.32 | 326.43 | 326.43 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | United States Dept. of Health and Human Services | 7100-000 | N/A | 500,554.08 | 500,554.08 | 0.00 |
| 27 | Anthony Jackson | 7100-000 | 1,200.00 | 4,800.00 | 4,800.00 | 0.00 |
| 28 | Wells Fargo Bank, N.A. | 7100-000 | 2,889.30 | 3,208.90 | 3,208.90 | 0.00 |
| 29 | City Carting Co. | 7100-000 | N/A | 2,078.13 | 2,078.13 | 0.00 |
| 30 | City Carting Inc. | 7100-000 | N/A | 2,628.59 | 2,628.59 | 0.00 |
| 31 | City Carting Inc. | 7100-000 | 6,448.65 | 1,256.16 | 1,256.16 | 0.00 |
| 32 | United Food and Commercial Workers International U | 7100-000 | N/A | 24,643.32 | 24,643.32 | 0.00 |
| 33 | United Food and Commercial Workers International U | 7100-000 | N/A | 1,332,399.42 | 1,332,399.42 | 0.00 |
| 34 | U.S. Dept of Labor | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 35 | Mary O. Mann | 7100-000 | 50.00 | 5,000.00 | 5,000.00 | 0.00 |
| 37 | De Lage Landen Financial Services | 7100-000 | 7,807.74 | 59,734.77 | 59,734.77 | 0.00 |
| 38 | Joseph Mann | 7100-000 | N/A | 93,519.91 | 0.00 | 0.00 |
| 39U | State of Connecticut | 7100-000 | N/A | 93,519.91 | 93,519.91 | 0.00 |
| 40 | Chiquita Stephenson | 7100-000 | N/A | 200,913.98 | 0.00 | 0.00 |
| 40 -2 | Chiquita Stephenson | 7100-000 | N/A | 188,438.98 | 188,438.98 | 0.00 |
| 41 | Shondell Thomas | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 42 | John Mosby | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 43 | Tabitha B. Fortt M.D. | 7100-000 | N/A | 31,250.00 | 31,250.00 | 0.00 |
| 44 | Dr. F. Joyce Gerber | 7100-000 | 3,400.00 | 3,400.00 | 3,400.00 | 0.00 |
| 45 -2 | William Tomlin | 7100-000 | 128.46 | 2,800.00 | 2,800.00 | 0.00 |
| 46 | Wades Dairy, Inc. | 7100-000 | 12,227.82 | 13,806.05 | 13,806.05 | 0.00 |
| 47 | Jessie Purvis | 7100-000 | N/A | 1,050.00 | 1,050.00 | 0.00 |
| 48U | CT Department of Labor | 7300-000 | 366,440.74 | 67,787.79 | 98,299.79 | 0.00 |
| 49U | State of Connecticut | 7200-000 | 240.00 | 2,448.94 | 0.00 | 0.00 |
| 49U-2 | State of Connecticut | 7200-000 | N/A | 2,448.94 | 2,448.94 | 0.00 |
| 50 | Outpost Pizza | 7200-000 | 494.55 | N/A | N/A | 0.00 |
| 51 | Durant Nichols Houston Hodgson & Cortese-Costa PC | 7200-000 | 273,190.20 | 268,137.30 | 268,137.30 | 0.00 |
| NOTFILED | 206 Unsecured Creditors | 7100-000 | 2,708,346.56 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$3,872,374.13** | **$4,141,419.78** | **$3,684,294.42** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-50905-JAM  
**Case Name:** NORWALK ECONOMIC OPPORTUNITY NOW, I

**Trustee:** (270090) RONALD I. CHORCHES  
**Filed (f) or Converted (c):** 06/10/14 (f)  
**§341(a) Meeting Date:** 07/17/14  

**Period Ending:** 11/13/21  
**Claims Bar Date:** 10/06/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 98 So Main St, Norwalk - Office Building | 0.00 | 54,815.66 | | 54,815.56 | FA |
| 2 | 24 Haviland Street Norwalk | 308,630.00 | 200,000.00 | | 217,600.84 | FA |
| 3 | Land - 67 Henry Street Stamford | 160,170.00 | 214,282.14 | | 214,282.14 | FA |
| 4 | Holiday Fund Checking-Bank of America | 19.58 | 0.00 | | 0.00 | FA |
| 5 | Head Start Parent Fund-Bank of America | 3.15 | 0.00 | | 0.00 | FA |
| 6 | Head Start/RSVP-Bank of America | 19.00 | 0.00 | | 0.00 | FA |
| 7 | Operating - Bank of America | 906.93 | 906.93 | | 128.99 | FA |
| 8 | Old Operating - Bank of America | 180.03 | 0.00 | | 0.00 | FA |
| 9 | Private Sector - Bank of America | 7.56 | 0.00 | | 0.00 | FA |
| 10 | Black and White Framed Photographs | Unknown | Unknown | | 0.00 | FA |
| 11 | Misc. Office Equipment/Furnishings | 18,000.00 | 0.00 | | 0.00 | FA |
| 12 | Refunds (u) | 0.00 | Unknown | | 19,132.12 | FA |
| 13 | Chapter 5 Claims (u)<br>  Special Counsel Attorney Hellman, after<br>investigation, advised that no avoidance claims exist. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Hedge Fund | 1.00 | 0.00 | | 0.00 | FA |
| 15 | Rent for 667 Henry Street, Stamford, CT (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 16 | Settlement with CL&P and Yankee Gas (u) | 1.00 | 7,017.00 | | 7,017.00 | FA |
| 17 | Proceeds from Closing of Citibank Acct ...4072 (u)<br>  Funds from this Asset forwarded to Trustee after<br>filing of TFR. | 0.00 | 1,496.97 | | 1,496.97 | FA |
| 17 Assets | **Totals** (Excluding unknown values) | **$487,938.25** | **$488,518.70** | | **$524,473.62** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/30/20  Trustees's Supplemental Final Report still pending. Trustee to contact Bankrutcy Court Clerk's office again re setting a Hearing Date.
06/30/20  Trustee's Supplemental Final Report filed 4-24-20. Report approved by UST and docketed on May 13, 2020. Awaiting Hearing Date.
12/31/19  Trustee investigating if funds forwarded after distribution are an asset of the estate.
06/30/19  Proceeds from closing a Citibank Account were forwarded to the Trustee after the filing of the TFR and distribution was made to creditors.

12/31/18  Notice of Contested Matter Response Date of 12-28-18 was docketed re TFR. On 12-27-18 an Objection to the TFR was filed by a creditor.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-50905-JAM  
**Case Name:** NORWALK ECONOMIC OPPORTUNITY NOW, I

**Trustee:** (270090) RONALD I. CHORCHES  
**Filed (f) or Converted (c):** 06/10/14 (f)  
**§341(a) Meeting Date:** 07/17/14  

**Period Ending:** 11/13/21  
**Claims Bar Date:** 10/06/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Hearing on Objection has been scheduled for 1-29-19

**Initial Projected Date Of Final Report (TFR):** December 31, 2015   **Current Projected Date Of Final Report (TFR):** April 24, 2020 (Actual)

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case Number: | 14-50905-JAM | Trustee: | RONALD I. CHORCHES (270090) | |
| Case Name: | NORWALK ECONOMIC OPPORTUNITY NOW, I | Bank Name: | Mechanics Bank | |
| | | Account: | ******3866 - Checking Account | |
| Taxpayer ID #: | **-***4804 | Blanket Bond: | $22,541,020.00  (per case limit) | |
| Period Ending: | 11/13/21 | Separate Bond: | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/12/14 | {12} | U.S. Postal Service | Refund | 1290-000 | 100.00 | | 100.00 |
| 08/12/14 | {12} | Group Dynamic Inc. | Refund | 1290-000 | 1,387.71 | | 1,487.71 |
| 08/12/14 | {12} | Philadelphia Insurance Companies | Proceeds from refund | 1290-000 | 6,085.20 | | 7,572.91 |
| 08/12/14 | {12} | Northeast Utilities Service Co. | Refund | 1290-000 | 7,000.00 | | 14,572.91 |
| 08/12/14 | {7} | Bank of America | Proceeds from Operating Account #6121 | 1129-000 | 128.99 | | 14,701.90 |
| 08/12/14 | {12} | Group Dynamic Inc. | Refund | 1290-000 | 1,387.71 | | 16,089.61 |
| 08/12/14 | {12} | Group Dynamic Inc. | Refund | 1290-000 | 2,840.13 | | 18,929.74 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.52 | 18,915.22 |
| 09/04/14 | {12} | United States Postal Service | Parking | 1290-000 | 100.00 | | 19,015.22 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.13 | 18,986.09 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.21 | 18,957.88 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.54 | 18,933.34 |
| 12/01/14 | 101 | RONALD I. CHORCHES, TRUSTEE | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 10/31/2014 FOR CASE #14-50905, CHAPTER 7 BLANKET BOND #016027937  12-1-14 TO 12-1-15 | 2300-000 | | 15.23 | 18,918.11 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.84 | 18,887.27 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.16 | 18,860.11 |
| 02/03/15 | {15} | Dash Properties, LLC | Proceeds from Land Lease 2014 | 1222-000 | 10,000.00 | | 28,860.11 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.86 | 28,824.25 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.22 | 28,780.03 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.39 | 28,738.64 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.95 | 28,698.69 |
| 06/19/15 | | North Walke Housing Corporation | Proceeds from sale of 24 Haviland Street, Norwalk | | 199,836.98 | | 228,535.67 |
| | {2} | | Purchase Price of 24 Haviland St.  220,000.00 | 1110-000 | | | 228,535.67 |
| | {2} | | Credit due Seller for tax adjustment from 6-18 to 6-30  227.24 | 1110-000 | | | 228,535.67 |
| | {2} | | Credit to buyer for oil tank abatement  -2,626.40 | 1110-000 | | | 228,535.67 |
| | | | Norwalk Tax Collector-delinquent tax payment  -15,873.11 | 2820-000 | | | 228,535.67 |
| | | | Town Clerk of Norwalk - conveyance tax  -1,100.00 | 2820-000 | | | 228,535.67 |
| | | | South Norwalk Electric &  -790.75 | 2420-000 | | | 228,535.67 |
| | | | Subtotals : | | $228,866.72 | $331.05 | |

{} Asset reference(s)  
Printed: 11/13/2021 04:15 PM    V.20.33

## Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-50905-JAM  
**Case Name:** NORWALK ECONOMIC OPPORTUNITY NOW, I  

**Taxpayer ID #:** **-***4804  
**Period Ending:** 11/13/21  

**Trustee:** RONALD I. CHORCHES (270090)  
**Bank Name:** Mechanics Bank  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $22,541,020.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Water-final water bill | | | | |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.67 | 228,415.00 |
| 07/16/15 | 102 | South Norwalk Electric and Water | Payment of utilities per Court Order 1-6-2015 | 2420-000 | | 1,233.39 | 227,181.61 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 338.90 | 226,842.71 |
| 08/03/15 | 103 | BANK OF AMERICA. N.A. | $42,683.60 PAYOFF THRU 6-17-15 and $424.83 INTEREST (6-18-15 THRU 8-12-15, 49 DAYS @ 8.67) FOR A TOTAL PAYMENT OF $43,108.43.  PAYMENT IN ACCORDANCE WITH 7-14-15 COURT ORDER  DETERMINING PRIORITES AND AUTHORIZING DISBURSEMENT OF SALE PROCEEDS FOR THE SA | 4110-000 | | 43,108.43 | 183,734.28 |
| 08/12/15 | 104 | ANTHONY PARENTI and BERKSHIRE HATHAWAY | PAYMENT OF COMMISSION FOR SALE OF 24 HAVILAND ST., NORWALK, CT PER 8-6-15 COURT ORDER | 3510-000 | | 11,000.00 | 172,734.28 |
| 08/14/15 | 105 | SOUTH NORWALK COMMUNITY CENTER, INC | Per Court Order dated 8-13-15 Payment of Admin Expenses | 2420-000 | | 29,815.56 | 142,918.72 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 264.30 | 142,654.42 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 218.88 | 142,435.54 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 204.87 | 142,230.67 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.75 | 142,032.92 |
| 12/13/15 | 106 | RONALD I. CHORCHES, TRUSTEE | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 10/31/2015 FOR CASE #14-50905, Bond #016027937  Region 2 Blanket Bond | 2300-000 | | 57.09 | 141,975.83 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 224.69 | 141,751.14 |
| 01/12/16 | {12} | SECOND TAXING DISTRICT SOUTH NORWALK ELECTRIC AND WATER | REFUND | 1290-000 | 231.37 | | 141,982.51 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.73 | 141,785.78 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.59 | 141,589.19 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 223.43 | 141,365.76 |
| 04/08/16 | | Dash Properties Ground LLC | Proceeds from sale of 67-71 Henry Street Stamford, CT | | 211,875.14 | | 353,240.90 |
| | {3} | | Sales Price of 67-71 Henry Street         214,000.00 | 1110-000 | | | 353,240.90 |
| | {3} | | Real Estate Tax Adjustment due Seller         282.14 | 1110-000 | | | 353,240.90 |

Subtotals :            $212,106.51            $87,401.28

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-50905-JAM | **Trustee:** RONALD I. CHORCHES (270090) |
| **Case Name:** NORWALK ECONOMIC OPPORTUNITY NOW, I | **Bank Name:** Mechanics Bank |
| | **Account:** ******3866 - Checking Account |
| **Taxpayer ID #:** **-***4804 | **Blanket Bond:** $22,541,020.00 (per case limit) |
| **Period Ending:** 11/13/21 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Recording Fee to City Clerk of Stamford | -53.00 | 2500-000 | | | 353,240.90 |
| | | | Conveyance Taxes due City of Stamford | -749.00 | 2820-000 | | | 353,240.90 |
| | | | Conveyance Taxes due the State of Connecticut | -1,605.00 | 2820-000 | | | 353,240.90 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 378.36 | 352,862.54 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 489.28 | 352,373.26 |
| 06/20/16 | {16} | CL&P dba Eversource Energy | Proceeds from settlement | 1249-000 | 7,017.00 | | 359,390.26 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 559.08 | 358,831.18 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 497.55 | 358,333.63 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 565.40 | 357,768.23 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 513.19 | 357,255.04 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 495.37 | 356,759.67 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 545.90 | 356,213.77 |
| 12/11/16 | 107 | RONALD I. CHORCHES, TRUSTEE | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 10/31/2016 FOR CASE #14-50905, BOND #016027937 BLANKET BOND PREMIUM REGION 2 | 2300-000 | | 131.26 | 356,082.51 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 510.87 | 355,571.64 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 545.43 | 355,026.21 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 476.61 | 354,549.60 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 526.96 | 354,022.64 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 475.26 | 353,547.38 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 559.37 | 352,988.01 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 507.72 | 352,480.29 |
| 07/05/17 | {1} | City of Norwalk | Proceeds for settlement regarding property | 1110-000 | 54,815.56 | | 407,295.85 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 550.53 | 406,745.32 |
| 08/15/17 | 108 | LAW OFFICES OF JEFFREY HELLMAN, LLC | COMPENSATION TO TRUSTEE'S ATTORNEY APPROVED BY COURT ORDER 8-2-17 | 3210-000 | | 10,672.33 | 396,072.99 |
| 08/15/17 | 109 | LAW OFFICES OF JEFFREY HELLMAN, LLC | REIMBURSEMENT OF EXPENSES TO TRUSTEE'S ATTORNEY APPROVED BY COURT ORDER 8-2-17 | 3220-000 | | 1,753.14 | 394,319.85 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 637.64 | 393,682.21 |
| 09/07/17 | 110 | Blum Shapiro & Company, P.C. | PAYMENT PURSUANT TO ORDER APPROVING COMPENSATION DATED 9-6-17 | 3410-000 | | 4,127.50 | 389,554.71 |

Subtotals : $61,832.56 $25,518.75

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 14-50905-JAM  
**Case Name:** NORWALK ECONOMIC OPPORTUNITY NOW, I  
**Taxpayer ID #:** **-***4804  
**Period Ending:** 11/13/21  

**Trustee:** RONALD I. CHORCHES (270090)  
**Bank Name:** Mechanics Bank  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $22,541,020.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 544.01 | 389,010.70 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 596.83 | 388,413.87 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 558.67 | 387,855.20 |
| 12/03/17 | 111 | RONALD I. CHORCHES, TRUSTEE | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 10/31/2017 FOR CASE #14-50905, Pro rata share of Chapter 7 #016027937 Blanket Bond premium | 2300-000 | | 117.71 | 387,737.49 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 539.14 | 387,198.35 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 612.62 | 386,585.73 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 518.97 | 386,066.76 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 555.30 | 385,511.46 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 536.01 | 384,975.45 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 609.15 | 384,366.30 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 534.42 | 383,831.88 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 588.88 | 383,243.00 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 569.61 | 382,673.39 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 293.55 | 382,379.84 |
| 01/31/19 | 112 | RONALD I. CHORCHES | Dividend paid 100.00% on $29,398.83, Trustee Compensation;  Reference: | 2100-000 | | 29,398.83 | 352,981.01 |
| 01/31/19 | 113 | RONALD I. CHORCHES | Dividend paid 100.00% on $5,022.44, Trustee Expenses;  Reference: | 2200-000 | | 5,022.44 | 347,958.57 |
| 01/31/19 | 114 | UNITED STATES TREASURY | Dividend paid 100.00% on $773.45; Filed: $0.00 for FICA<br>Voided on 02/07/19 | 5300-004 | | 773.45 | 347,185.12 |
| 01/31/19 | 115 | UNITED STATES TREASURY | Dividend paid 100.00% on $1,871.25; Filed: $0.00 for Income Tax<br>Voided on 02/07/19 | 5300-004 | | 1,871.25 | 345,313.87 |
| 01/31/19 | 116 | UNITED STATES TREASURY | Dividend paid 100.00% on $180.89; Filed: $0.00 for Medicare<br>Voided on 02/07/19 | 5300-004 | | 180.89 | 345,132.98 |
| 01/31/19 | 117 | COMMISSIONER OF REVENUE SERVICES | Dividend paid 100.00% on $748.50; Filed: $0.00 for CT Income Tax | 5300-000 | | 748.50 | 344,384.48 |
| 01/31/19 | 118 | State of Connecticut | Dividend paid 100.00% on $150,733.13; Claim# 39P; Filed: $387,436.84; Reference: | 5300-000 | | 150,733.13 | 193,651.35 |
| 01/31/19 | 119 | Chiquita Stephenson | Dividend paid 100.00% on $8,900.91; Claim# 40 -2; Filed: $12,475.00; Reference: | 5300-000 | | 8,900.91 | 184,750.44 |
| 01/31/19 | 120 | Cigna Health and Life insurance Company | Dividend paid  60.98% on $302,936.82; Claim# 1; Filed: $302,936.82; Reference: | 5400-000 | | 184,750.44 | 0.00 |

Subtotals :  $0.00   $389,554.71

{} Asset reference(s)

Printed: 11/13/2021 04:15 PM    V.20.33

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 14-50905-JAM | | Trustee: | RONALD I. CHORCHES (270090) |
|---|---|---|---|---|
| Case Name: | NORWALK ECONOMIC OPPORTUNITY NOW, I | | Bank Name: | Mechanics Bank |
| | | | Account: | ******3866 - Checking Account |
| Taxpayer ID #: | **-***4804 | | Blanket Bond: | $22,541,020.00 (per case limit) |
| Period Ending: | 11/13/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/07/19 | 114 | UNITED STATES TREASURY | Dividend paid 100.00% on $773.45; Filed: $0.00 for FICA<br>Voided: check issued on 01/31/19 | 5300-004 | | -773.45 | 773.45 |
| 02/07/19 | 115 | UNITED STATES TREASURY | Dividend paid 100.00% on $1,871.25; Filed: $0.00 for Income Tax<br>Voided: check issued on 01/31/19 | 5300-004 | | -1,871.25 | 2,644.70 |
| 02/07/19 | 116 | UNITED STATES TREASURY | Dividend paid 100.00% on $180.89; Filed: $0.00 for Medicare<br>Voided: check issued on 01/31/19 | 5300-004 | | -180.89 | 2,825.59 |
| 02/08/19 | 121 | UNITED STATES TREASURY | 06-0834804  941 TAXES ON WAGE CLAIM | | | 2,825.59 | 0.00 |
| | | | EMPLOYEE'S WITHHOLDING FROM WAGE CLAIM    1,871.25 | 5300-000 | | | 0.00 |
| | | | EMPLOYEE'S SOCIAL SECURITY WITHHOLDING    773.45 | 5300-000 | | | 0.00 |
| | | | EMPLOYEE'S MEDICARE WITHHOLDING    180.89 | 5300-000 | | | 0.00 |
| 04/29/19 | {17} | CITIBANK DELAWARE | Proceeds from Closing of Citibank Account No. 38234072 | 1229-000 | 1,496.97 | | 1,496.97 |
| 03/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,491.97 |
| 03/24/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 1,491.97 | 0.00 |
| | | | ACCOUNT TOTALS | | 504,302.76 | 504,302.76 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,491.97 | |
| | | | **Subtotal** | | **504,302.76** | **502,810.79** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$504,302.76** | **$502,810.79** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 14-50905-JAM
**Case Name:** NORWALK ECONOMIC OPPORTUNITY NOW, I

**Taxpayer ID #:** **-***4804
**Period Ending:** 11/13/21

**Trustee:** RONALD I. CHORCHES (270090)
**Bank Name:** New Bank TSCB
**Account:** ******5282 - Checking Account
**Blanket Bond:** $22,541,020.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/24/21 | | Transfer Credit | Transition Transfer Credit from Mechanics Bank | 9999-000 | 1,491.97 | | 1,491.97 |
| 06/01/21 | 10122 | RONALD I. CHORCHES | Dividend paid 100.00% on $29,473.68, Trustee Compensation; Reference: | 2100-000 | | 74.85 | 1,417.12 |
| 06/01/21 | 10123 | Cigna Health and Life insurance Company | Dividend paid 61.45% on $302,936.82; Claim# 1; Filed: $302,936.82; Reference: | 5400-000 | | 1,417.12 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,491.97 | 1,491.97 | $0.00 |
| | | | Less: Bank Transfers | | 1,491.97 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,491.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $1,491.97 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******3866 | 504,302.76 | 502,810.79 | 0.00 |
| Checking # ******5282 | 0.00 | 1,491.97 | 0.00 |
| | $504,302.76 | $504,302.76 | $0.00 |

{} Asset reference(s)

Printed: 11/13/2021 04:15 PM     V.20.33